THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Karl L. Bunch,       
Appellant.
 
 
 

Appeal From Greenville County
Joseph J. Watson , Circuit Court Judge

Unpublished Opinion No. 2003-UP-380
Submitted March 26, 2003  Filed June 
 3, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia; for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney General John W. 
 McIntosh; Assistant Deputy Attorney General Charles H. Richardson, all of Columbia;  
 and Solicitor Robert M. Ariail, of Greenville; for Respondent.
 
 
 

PER CURIAM:  Karl L. Bunch was indicted for breach of trust with fraudulent 
 intent and exploitation of a vulnerable adult.  Bunch was convicted by a jury 
 and sentenced to ten years suspended upon service of seven years with five years 
 probation thereafter for the breach of trust and five years for exploitation.  
 Bunch appeals, arguing his trust relationship with Victim was nonexistent because 
 his power of attorney was invalid.  Thus, he insists no breach of trust could 
 have occurred.  Counsel for Bunch filed a brief pursuant to Anders v. California, 
 386 U.S. 738 (1967), asserting that Bunchs appeal was without merit and requesting 
 permission to withdraw from further representation.
After careful consideration of the record pursuant to Anders v. 
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be 
 relieved.
 APPEAL DISMISSED.
CURETON, ANDERSON and HUFF JJ., concur.